William M. Bradfield, d. b., *vs.* State of Delaware, p. b.

Criminal Law—Appeal—Certiorari—Election of Remedies.

Where a defendant, after conviction in the municipal court, sued out a certiorari, and at the same time took an appeal to the Court of General Sessions, and thereafter elected to stand on his appeal, the certiorari proceedings will be discontinued.

(*October* 6, 1914.)

Pennewill, C. J., and Rice, J., sitting.

*Howell S. England* for defendant below.

*Josiah O. Wolcott,* Attorney General, for plaintiff below.

Superior Court, New Castle County, September Term, 1914.

William M. Bradfield was convicted in the Municipal Court of the City of Wilmington of a crime, and he took certiorari (No. 31, September Term, 1914), and also an appeal to the Court of General Sessions (No. 120, September Term, 1914). Certiorari discontinued with costs.

See *post*.

PER CURIAM. The plaintiff having elected to proceed on his remedy by appeal, his other remedy by certiorari, pending at the same time, is discontinued at his own cost.